```
                                    FILED IN THE
                                 U.S. DISTRICT COURT
                            EASTERN DISTRICT OF WASHINGTON

                                   FEB 10 2005

                                JAMES R. LARSEN, CLERK
                                _____DEPUTY
                                 SPOKANE, WASHINGTON
```

J. PATRICK SHIREY, WSBA #29838
ROBERT M. BOGGS, WSBA #8664
LYON WEIGAND & GUSTAFSON PS
222 North Third Street
P.O. Box 1689
Yakima, Washington  98907-1689
Telephone:  (509) 248-7220
Facsimile:  (509) 575-1883

Attorneys for Plaintiff
IMPACT DIRECTORIES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMPACT DIRECTORIES, a Washington limited liability corporation,<br><br>      Plaintiff,<br><br>v.<br><br>ALLTEL PUBLISHING CORPORATION, an Ohio corporation; and ELLENSBURG TELEPHONE COMPANY, a Washington public utility,<br><br>      Defendants. | CASE NO. CV-05-3019-LRS<br><br>**COMPLAINT FOR INJUNCTION AND DAMAGES** |

  **COMES NOW** the Plaintiff, Impact Directories, a Washington limited liability corporation, by and through its attorneys of record, J. Patrick Shirey and Robert M. Boggs of

COMPLAINT FOR INJUNCTION AND DAMAGES - 1
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883

ORIGINAL

Lyon, Weigand, & Gustafson, P.S., and for causes of action against Defendants alleges as follows:

## JURISDICTION

1.  The Plaintiff, Impact Directories, is a Washington limited liability corporation with its principal place of business located in Yakima, Washington.

2.  The Defendant, ALLTEL Publishing Corporation, is an Ohio corporation with its principal office located in Ohio.

3.  The Defendant, Ellensburg Telephone Company, is a Washington public utility with its principal office located in Ellensburg, Washington.

4.  The United States District Courts have original jurisdiction over this matter pursuant to 15 USCA §1121, 28 USCS §§ 1331 and 1332.

## FACTUAL BASIS

5.  The Plaintiff, Impact Directories, publishes a commercial "yellow pages" type telephone directory for use in the Ellensburg vicinity and in other vicinities within the State of Washington. Listings and advertisement space is sold by the Plaintiff to both local and out of the area businesses.

COMPLAINT FOR INJUNCTION AND DAMAGES - 2
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883

6.  The Defendant, ALLTEL Publishing Corporation, publishes for the Ellensburg Telephone Company a "yellow pages" type directory and competes with the Plaintiff for sales of listings and advertising space.

7.  On or about 2003 and 2004, the Defendants mailed letters to all businesses in the Ellensburg area soliciting listings and advertisements for the 2004 and 2005 Ellensburg Telephone Directory.

8.  In the letters referred to in paragraphs 7 and 8, the Defendants made the following statements:

> "98% of residents who possess the Ellensburg Directory use it over the competition" (2003)
>
> "According to recent research, 100% of surveyed area customers prefer the Ellensburg Directory." (2004)

## VIOLATION OF THE LANHAM ACT

9.  The statements quoted above in paragraph 8 were false and misleading, and, therefore, a violation of Section 43(a) of the Lanham Act, codified as 15 USCS §1125(a).

10. The Plaintiff has been damaged and is likely to be damaged by the false and misleading statements in that the Plaintiff has suffered and will likely suffer loss of sales and reputation to local businesses and out of State businesses that advertise in the Ellensburg area. Said damages are in excess of $75,000.00.

COMPLAINT FOR INJUNCTION AND DAMAGES - 3
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883

## VIOLATION OF THE
## WASHINGTON STATE CONSUMER PROTECTION ACT

11. The letter and statements referred to in paragraphs 7 and 8 constitute an unfair method of competition and are unfair and deceptive acts or practices in the conduct of trade or commerce and violate the Washington State Consumer Protection Act codified as RCW 19.86.

12. The Plaintiff has been damaged and is likely to be damaged by the unfair method of competition and the unfair and deceptive acts and practices in that the Plaintiff has suffered and will likely suffer loss of sales and reputation to local businesses and out of State businesses that advertise in the Ellensburg area. Said damages are in excess of $75,000.00.

## PRODUCT DISPARAGEMENT

13. The letters and statements referred to in paragraphs 7 and 8 were knowingly false or were made with reckless disregard for the truth and were intended to be and were harmful to the Plaintiff's business.

14. The Plaintiff has been damaged and is likely to be damaged by the knowingly false statements or statements made with a reckless disregard for the truth in that the Plaintiff has suffered and will likely suffer loss of sales and reputation to local and out of state businesses that advertise in the Ellensburg area.

COMPLAINT FOR INJUNCTION AND DAMAGES - 4
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883

## INTENTIONAL INTERFERENCE WITH BUSINESS CONTRACTS AND EXPECTANCIES

15. The letters and statements referred to in paragraphs 7 and 8 were intended to interfere and cause a breach of existing and anticipated business contracts and expectancies, of which the Defendants had knowledge, by being false and misleading.

16. The Plaintiff has been damaged and is likely to be damaged by the knowingly false and misleading statements in that it will cause existing customers and anticipated customers to avoid the use of the Plaintiff's directory.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff prays that the U.S. District Court of Eastern Washington rule as follows:

1. That the Defendants be further enjoined from issuing such false and misleading statements;

2. That the Defendants be required to mail to all of the businesses and individuals that it previously sent such letters to, an acknowledgement of the false and misleading statements and a retraction of the same;

3. That the Defendants be further required to publish the same acknowledgement and retraction in the local Ellensburg newspaper of record;

COMPLAINT FOR INJUNCTION AND DAMAGES - 5
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883

4. That the Plaintiff be awarded a judgment against the Defendants for an amount equal to the damages proven at trial; and

5. That the Plaintiff be awarded its reasonable attorney fees and costs.

**DATED** this 10th day of February, 2005.

*[signature]*
J. PATRICK SHIREY, WSBA #29838
Lyon Weigand & Gustafson PS
Attorneys for Plaintiff

*[signature]*
ROBERT M. BOGGS, WSBA#8664
Lyon Weigand & Gustafson PS
Attorneys for Plaintiff

COMPLAINT FOR INJUNCTION AND DAMAGES - 6
8594-15\ljp\impact dir\alltel elltel\ COMPLAINT

Law Offices
LYON, WEIGAND & GUSTAFSON PS
Lyon Law Offices - 222 North Third Street
P.O. Box 1689
Yakima, Washington 98907
Telephone (509) 248-7220
Fax (509) 575-1883