UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMPACT DIRECTORIES, | No. CV-05-3019-FVS |
| Plaintiff, | |
| v. | ORDER |
| ALLTEL PUBLISHING CORPORATION, | |
| Defendant. | |

**THIS MATTER** having come before the Court based upon a "Joint Motion for a Protective Order"; Now, therefore

**IT IS HEREBY ORDERED:**

1. The "Joint Motion for Protective Order" (Ct. Rec. 28) is granted.

2. The parties shall abide by the terms of the "Stipulated Protective Order" that is attached to the "Joint Motion for Protective Order."

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___5th___ day of December, 2005.

　　　　　　　　　　　　　　　s/ Fred Van Sickle
　　　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　　　United States District Judge

ORDER - 1